UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES THEODORE ALECK and
TIA DANIELLE FRASER,

    Plaintiffs,

v.

HAVENPARK MANAGEMENT, LLC
and SPRINGBROOK ESTATES,

    Defendants.
_____/

Case No. 2:23-cv-10820
District Judge George Caram Steeh
Magistrate Judge Kimberly G. Altman

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

This is a consumer rights action. Plaintiffs James Theodore Aleck and Tia Danielle Fraser, proceeding *pro se*, are suing defendants Havenpark Management, LLC and Springbrook Estates over a dispute related to their agreements to lease a manufactured home and land in Romeo, Michigan. *See* ECF No. 1. The original lease agreements were executed on September 1, 2020, and expired on August 31, 2021. (ECF No. 1, PageID.22). At the time plaintiffs filed this lawsuit, there was a related eviction action pending in state court. (*Id*., PageID.34). Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 10).

On February 1, 2024, the undersigned entered an Order to Show Cause

1

ordering defendants to mail various filings to plaintiffs and file certificates of service on the docket by February 12, 2024, for those mailings. (ECF No. 44). Defendants filed a timely response to the Order to Show Cause explaining their previous efforts to serve plaintiffs by mail, (ECF No. 45), and also the requisite certificates of service, (ECF Nos. 46, 47, 48). Based on defendants' filings, the Order to Show Cause is SATISFIED.

**Plaintiffs' response to defendants' dispositive motion, (ECF No. 41), is due by March 13, 2024. Defendants' reply to plaintiffs' response will be due 14 days after plaintiffs' response is filed.**

SO ORDERED.

Dated: February 14, 2024　　　　　　　　s/Kimberly G. Altman
Detroit, Michigan　　　　　　　　　　　　KIMBERLY G. ALTMAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2024.

　　　　　　　　　　　　　　　　　　　　s/Carolyn Ciesla
　　　　　　　　　　　　　　　　　　　　CAROLYN CIESLA
　　　　　　　　　　　　　　　　　　　　Case Manager